IN RE: N.R.,

Appeal of N.R. and D.R.

976 WDA 2016

Superior Court of Pennsylvania.

04/06/2017

Case No. 8243 of 2009 (Westmoreland)

Affirmed

C.A.C.

v.

M.J.C.

1047 WDA 2016

Superior Court of Pennsylvania.

04/06/2017

NS201300496 (Erie)

Reversed/Remanded

K.R.W.

v.

J.R.R.

1114 WDA 2016

Superior Court of Pennsylvania.

04/06/2017

810–2014

(Venango)

Affirmed

COM.

v.

BOUCHEY, J.

1336 WDA 2016

Superior Court of Pennsylvania.

04/06/2017

CP–25–CR–0001498–2015

(Erie)

Affirmed—Application to Withdraw as Counsel Granted

COM.

v.

GRAVES, H.

3134 EDA 2015

Superior Court of Pennsylvania.

04/07/2017

CP–51–CR–0003082–2011 (Philadelphia)

Affirmed

